**Kevin R. WHEELER; Lisa I. Wheeler, Plaintiffs–Appellants,**

v.

**GOVERNMENT NATIONAL MORT-GAGE ASSOCIATION (GNMA), a/k/a Ginnie Mae; Mortgage Electronic Registration Systems, Inc, Collectively known as MERS Inc. and MERS any unknown heirs, devisees, grantees, creditors, successor in interests, and other unknown persons, or unknown spouses claiming by, through and under any of the above named defendants, Defendants–Appellees.**

**No. 13–1920.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2013.

Decided: Nov. 21, 2013.

Kevin Wheeler, Lisa I. Wheeler, Appellants Pro Se. Jason Daniel Medinger, Assistant United States Attorney, Baltimore, Maryland; John Young Lee, Brian L. Moffet, Gordon Feinblatt LLC, Baltimore, Maryland, for Appellees.

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin R. and Lisa I. Wheeler appeal the district court's orders dismissing their removed civil action to quiet title and denying their motion to vacate that judgment. We have reviewed the record and find no reversible error. Accordingly, while we grant the Wheelers leave to proceed on appeal in forma pauperis, we affirm the district court's orders. *See Wheeler v. Gov't Nat'l Mortg. Ass' n,* No. 1:13–cv–00745–JFM (D. Md. May 15 & July 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*